AMBA REALTY CORPORATION *v.* KYLE J. KOCHISS
ET AL.
(AC 23876)

Dranginis, Flynn and Bishop, Js.

Submitted on briefs January 23—officially released February 10, 2004

Per Curiam. The judgment is affirmed.

FREDERICK GUNN *v.* COMMISSIONER OF
CORRECTION
(AC 23763)

Dranginis, Flynn and Bishop, Js.

Submitted on briefs January 23—officially released February 10, 2004

Per Curiam. The trial court denied the defendant's petition for habeas corpus and denied the petitioner's request for certification to appeal from the trial court's decision. After a careful review of the record and briefs, we conclude that the petitioner has not demonstrated that the issues are debatable among jurists of reason, or that a court could resolve the issues in a different manner, or that the questions are adequate to deserve encouragement to proceed further. See *Simms* v. *Warden*, 230 Conn. 608, 616, 646 A.2d 126 (1994).

The appeal is dismissed.